# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria De Los Angeles Rodriguez,<br><br>Plaintiff,<br><br>v.<br><br>Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURTY,<br><br>Defendant. | Case No. 5:24-cv-00942-PD<br><br>**ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($7,500.00) as authorized by 28 U.S.C. § 2412 and costs in the amount of ZERO dollars ($0.00) under 28 U.S.C. §1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: March 24, 2025

*Patricia Donahue*
_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE